

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2018

No. 04-18-00366-CV

**JOHN SAENZ & ASSOCIATES, P.C.,**
Appellant

v.

**RGV PREMIER SCAN LLC**, Esmeralda Ramirez and Eder Leal,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016CVT000466 D4
Honorable Melissa Joy Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal. Appellant has filed a motion for extension of time requesting an additional thirty days in which to file its brief. The motion is GRANTED. Appellant's brief is due August 1, 2018. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court